NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7149

RASHID EL MALIK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-2026, Judge Bruce E. Kasold.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

The court treats the brief submitted by Rashid El Malik as a motion for leave to file an informal brief one day out of time. The Secretary of Veterans Affairs moves for an extension of time, until January 4, 2010, to file his brief. El Malik opposes. The Secretary replies and moves for leave to file an amended motion for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for leave to file an informal brief out of time is granted.

(2)    The Secretary's motions are granted.

FOR THE COURT

DEC 04 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Rashid El Malik
      Steven M. Mager, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 4 2009

JAN HORBALY
CLERK

2009-7149                         - 2 -